IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| NATHANIEL GOODNER, | ) | |
|---|---|---|
| *Plaintiff,* | ) ) ) | No. 3:06-1154 |
| v. | ) ) ) | Judge Nixon Magistrate Judge Knowles |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| *Defendant.* | ) | |

## ORDER

Pending before the Court is Plaintiff Nathaniel Goodner's Motion For Judgment on the Administrative Record ("Plaintiff's Motion") (Doc. No. 12) and Brief in Support (Doc. No. 13), to which Defendant filed a Response in Opposition (Doc. No. 18) and Brief in Support (Doc. No. 19). Magistrate Judge Knowles issued a Report and Recommendation ("Report") on March 25, 2009, recommending that Plaintiff's Motion be denied and the decision of the Commissioner of Social Security ("Commissioner") be affirmed. (Doc. No. 22). Plaintiff has not filed any objections to the Report.

Upon review, the Court finds the Report to be well-founded and supported by the record. The Court therefore **ADOPTS** the Report in its entirety. Accordingly, Plaintiff's Motion is **DENIED** and the Commissioner's decision is **AFFIRMED**.

It is so ORDERED.

Entered this the 13 day of April, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT